UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION                             Docket No.05-30010-MAP

RICKY L. MOORE and KATHRYN M. MOORE

                                Plaintiffs         PLAINTIFFS' OPPOSITION
                                                      TO DEFENDANT
v.                                                  LAURIE C. NIKITUK'S
                                                    MOTION TO DISMISS
KERRY P. STEARNS, LAURIE C. NIKITUK
and POND PASTURE, Inc.

                                Defendants

**NOW COME THE PLAINTIFFS** and hereby oppose Laurie C. Nikituk's motion to dismiss their complaint.

**AS REASON THEREFORE**, the plaintiffs have sufficiently plead damages to surpass the amount in controversy requirement of 28 U.S.C. § 1332. Please see plaintiffs' memorandum in support of their opposition, attached hereto.

**WHEREFORE**, the plaintiffs Ricky L. Moore and Kathryn M. Moore request that the Defendant Laurie C. Nikituk's motion be denied.

REQUEST FOR ORAL ARGUMENT

The plaintiffs believe that oral argument may assist the court and wish to be heard. The plaintiffs hereby request that the court set down for hearing a time and place to be heard.

THE PLAINTIFFS
Ricky L. Moore and Kathryn M. Moore
By their attorney,

Dated: April 14, 2005

_____
Bradford B. Moir, Esquire
MOIR & ROSS
45 Broad Street, Suite #2
Westfield, MA   01085
Tel. (413) 568-1957
Fax. (413) 562-4691
BBO# 350600

## CERTIFICATE OF SERVICE

I, Bradford B. Moir, do certify that I have served on this 14th day of April 14, 2005 a copy of the foregoing document by delivering via United States First Class Mail to Defendant Laurie Nikituk's Attorney, Richard J. O'Brien, 75 North Street, Suite 310, Pittsfield, MA, 01201 and Defendant Kerry P. Stearns' Attorney, Peter J. Brewer, 32 Mahaiwe Street, PO Box 1059, Great Barrington, Massachusetts 01230

Dated: April 14, 2005

_____
Bradford B. Moir

- 2 -