UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 05-30010-MAP

RICKY L. MOORE and KATHRYN
M. MOORE,
        Plaintiffs

v.

KERRY P. STEARNS, LAURIE C.
NIKITUK and POND PASTURE, INC.,
        Defendants

## LIMITED APPEARANCE

Charles J. Ferris hereby files his Appearance for the limited purpose of moving this Court for admission of Peter J. Brewer, Esq. Pro Hac Vice, in order for Attorney Brewer to represent Defendant Kerry P. Stearns.

Respectfully Submitted,

_____
Charles J. Ferris, Attorney
500 Main Street
Great Barrington, MA 01230
413-528-8900
BBO #565630

CERTIFICATE OF SERVICE

I, Charles J. Ferris, hereby certify that on ~~April~~ May 5, 2005, I served a copy of the foregoing document on the parties of record by mailing same, first class mail, postage prepaid, to:

Bradford B. Moir, Esq.
Moir & Ross
45 Broad Street, Suite Two
Westfield, MA 01085-5200

Richard J. O'Brien, Esq.
75 North Street, Suite 310
Pittsfield, MA 01201
413-499-5656

_____
Charles J. Ferris, Attorney