UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 05-30010-MAP

RICKY L. MOORE and KATHRYN M. MOORE,
    Plaintiffs

v.

KERRY P. STEARNS, LAURIE C. NIKITUK and POND PASTURE, INC.,
    Defendants

FILING FEE PAID:
RECEIPT # 305934
AMOUNT $ 50.00
BY DPTY CLK ____
DATE 5/9/05

## MOTION PRO HAC VICE

Charles J. Ferris hereby moves that this Court admit Peter J. Brewer, Esq., Pro Hac Vice, in order for Attorney Brewer to represent Defendant Kerry P. Stearns.

An Affidavit of Peter J. Brewer is filed in support of this motion.

Respectfully Submitted,

Charles J. Ferris, Attorney
500 Main Street
Great Barrington, MA 01230
413-528-8900
BBO #565630

CERTIFICATE OF SERVICE

I, Charles J. Ferris, hereby certify that on ~~April~~ *May 5*, 2005, I served a copy of the foregoing document on the parties of record by mailing same, first class mail, postage prepaid, to:

Bradford B. Moir, Esq.
Moir & Ross
45 Broad Street, Suite Two
Westfield, MA 01085-5200

Richard J. O'Brien, Esq.
75 North Street, Suite 310
Pittsfield, MA 01201
413-499-5656

_____
Charles J. Ferris, Attorney