UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 05-30010-MAP

RICKY L. MOORE and KATHRYN M. MOORE,
    Plaintiffs

v.

KERRY P. STEARNS, LAURIE C. NIKITUK and POND PASTURE, INC.,
    Defendants

## AFFIDAVIT OF PETER J. BREWER IN SUPPORT OF MOTION PRO HAC VICE

1. My name is Peter J. Brewer. I am making this Affidavit in Support of the Motion Pro Hac Vice.

2. I was admitted to practice in the Courts of the Commonwealth of Massachusetts in 1985.

3. I was admitted to practice in the Courts of the State of New York in 1985.

4. I am a member of the bar in good standing in the Commonwealth of Massachusetts, and the State of New York under inactive status.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 5 day of ~~April~~ May, 2005.

Peter J. Brewer

CERTIFICATE OF SERVICE

    I, Charles J. Ferris, hereby certify that on ~~April~~ *May* 5, 2005, I served a copy of the foregoing document on the parties of record by mailing same, first class mail, postage prepaid, to:

Bradford B. Moir, Esq.
Moir & Ross
45 Broad Street, Suite Two
Westfield, MA 01085-5200

Richard J. O'Brien, Esq.
75 North Street, Suite 310
Pittsfield, MA 01201
413-499-5656

                                                                     Charles J. Ferris, Attorney