UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Civil Action No. 05-30010-MAP

RICKY L. MOORE and KATHRYN M. MOORE,
    Plaintiffs

v.

KERRY P. STEARNS, LAURIE C. NIKITUK and POND PASTURE, INC.,
    Defendants

## APPEARANCE

I hereby file my appearance on behalf of Defendant Kerry P. Stearns.

Peter J. Brewer, Esq.
32 Mahaiwe Street
Post Office Box 1059
Great Barrington, MA 01230
Telephone 1-413-528-6290
Fax 1-413-528-6283
BBO#545604

## CERTIFICATE OF SERVICE

    I, Peter J. Brewer, hereby certify that on May 16, 2005, I served a copy of the foregoing document on the parties of record by mailing same, first class mail, postage prepaid, to:

Bradford B. Moir, Esq.
Moir & Ross
45 Broad Street, Suite Two
Westfield, MA 01085-5200

Richard J. O'Brien, Esq.
75 North Street, Suite 310
Pittsfield, MA 01201
413-499-5656

_____
Peter J. Brewer