UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

RICKY L. MOORE and KATHRYN M. MOORE,

        Plaintiffs

v.                                  Civil Action No. 05-30010-MAP

KERRY P. STEARNS, LAURIE C. NIKITUK and POND PASTURE, INC.,

        Defendants

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant, Laurie C. Nikituk, in the above-captioned matter.

        Respectfully submitted,

        LAURIE C. NIKITUK,
                Defendant

        By: _____
        Her Attorney
        Richard J. O'Brien, Esquire
        75 North Street, Suite 310
        Pittsfield, MA 01201
        (413) 499-5656

Dated: May __, 2005        BBO #552285

## CERTIFICATE OF SERVICE

I, Richard J. O'Brien, hereby certify that on this __ day of May, 2005, I caused a copy of the foregoing Answer to be forwarded to Bradford B. Moir, Esquire, Moir & Ross, 45 Broad Street, Suite 2, Westfield, Massachusetts 01085 and Peter J. Brewer, Esquire, 32 Mahaiwe Street, Great Barrington, MA 01230.

        _____
        Richard J. O'Brien, Esquire