# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

Docket No. 05-30010-MAP

| | |
|---|---|
| RICKY L. MOORE and KATHRYN M. MOORE<br><br>                              Plaintiffs<br><br>v.<br><br>KERRY P. STEARNS, LAURIE C. NIKITUK<br>and POND PASTURE REAL ESTATE, Inc.<br><br>                              Defendants | Certification by Plaintiff |

We hereby certify, pursuant to Fed. R. Civ. P. , Local Rule 16.1 (d)(3) that on July 12, 2005 we met and conferred:

   a. with a view to establishing a budget for the costs of conducting the full course and various alternative courses of litigation; and

   b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: July 12, 2005

/s/ Bradford B. Moir
_____
Bradford B. Moir
Attorney for the Plaintiff


/S/ Ricky L. Moore
_____
Ricky L. Moore

/S/ Kathryn M. Moore
_____
Kathryn M. Moore