UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

RICKY L. MOORE and KATHRYN
M. MOORE,
      Plaintiffs

v.                      Civil Action No. 05-30010-MAP

KERRY P. STEARNS, LAURIE C.
NIKITUK and POND PASTURE, INC.,
      Defendants

## DEFENDANT, LAURIE C. NIKITUK'S CERTIFICATION, PER LOCAL RULE 16.1

      Now comes the Defendant, Laurie C. Nikituk, and her counsel and affirm, pursuant to Local Rule 16.1 (D) (3), that they have conferred (a) with a view to establishing a budget for the cost of conducting the full course - - and various alternative courses - - of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in L.R. 16.4.

                            Respectfully submitted,

                            LAURIE C. NIKITUK,
                               Defendant

                          By: _____
                            Her Attorney
                            Richard J. O'Brien, Esquire
                            75 North Street, Suite 310
                            Pittsfield, MA 01201
                            (413) 499-5656
                            BBO #552285

                            _____
                            Laurie C. Nikituk, Defendant

Dated: July 18, 2005

## CERTIFICATE OF SERVICE

    I, Richard J. O'Brien, hereby certify that on this /r<sup>th</sup> day of July, 2005, I caused a copy of the foregoing Certification to be forwarded to Bradford B. Moir, Esquire, Moir & Ross, 45 Broad Street, Suite 2, Westfield, Massachusetts 01085 and Peter J. Brewer, Esquire, 32 Mahaiwe Street, Great Barrington, MA 01230.

                                                                                  _____
                                                                                   Richard J. O'Brien, Esquire