UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICKY L. MOORE and KATHRYN M. MOORE,<br>　　　　Plaintiffs<br><br>　　v.<br><br>KERRY P. STEARNS and LAURIE C. NIKITUK,<br>　　　　Defendants | )<br>)<br>)<br>)<br>)　Civil Action No. 05-30010-MAP<br>)<br>)<br>)<br>)<br>) |

SCHEDULING ORDER
July 25, 2005

NEIMAN, U.S.M.J.

　　The following schedule was established at the initial scheduling conference this day:

　　1.　The agreed-upon amended complaint shall be filed by August 5, 2005, and answered by August 26, 2005.

　　2.　The parties shall complete their automatic disclosures by September 30, 2005.

　　3.　Motions to add parties shall be filed by November 30, 2005.

　　4.　All non-expert discovery shall be completed by January 17, 2006.

　　5.　Counsel shall appear for a case management conference on January 19, 2006, at 11:00 a.m. in Courtroom Three.

　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　 /s/ Kenneth P. Neiman
　　　　　　　　　　　　　　　　　　　　KENNETH P. NEIMAN
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge

Case 3:05-cv-30010-MAP    Document 20    Filed 07/25/2005    Page 2 of 2