UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

RICKY L. MOORE and KATHRYN
M. MOORE,
    Plaintiffs

v.

Civil Action No. 05-30010-MAP

KERRY P. STEARNS, LAURIE C.
NIKITUK and POND PASTURE, INC.,
    Defendants

## DEFENDANT, LAURIE C. NIKITUK'S CERTIFICATION, PER LOCAL RULE 16.1

Now comes the Defendant, Laurie C. Nikituk, and her counsel and affirm, pursuant to Local Rule 16.1 (D) (3), that they have conferred (a) with a view to establishing a budget for the cost of conducting the full course - - and various alternative courses - - of this litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as those outlined in L.R. 16.4.

Respectfully submitted,

LAURIE C. NIKITUK,
    Defendant

By: _____
Her Attorney
Richard J. O'Brien, Esquire
75 North Street, Suite 310
Pittsfield, MA 01201
(413) 499-5656
BBO #552285

_____
Laurie C. Nikituk, Defendant

Dated: July 18, 2005