## CERTIFICATE OF SERVICE

I, Bradford B. Moir, Esq., hereby certify that on August 11, 2005 I made service of the foregoing Second Amended Complaint by mailing a copy of such, postage prepaid, to the defendants' attorneys at:

Peter J. Brewer, Esq.
2 Mahaiwe Street
P.O. Box 1059
Great Barrington, MA 01230

Richard J. O'Brien, Esq.
75 North Street, Suite 310
Pittsfield, MA 01201

_____
Bradford B. Moir, Esquire