# UNITED STATES DISTRICT COURT
District of Massachusetts
Western Division

Docket No. 05-30010-MAP

| | |
|---|---|
| RICKY L. MOORE and KATHRYN M. MOORE<br><br>Plaintiffs<br><br>v.<br><br>KERRY P. STEARNS and<br>LAURIE C. NIKITUK<br><br>Defendants | STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS |

The parties to the above-entitled action, pursuant to the provisions of Federal Civ.P. 41(a)(1)(ii), hereby stipulate that said action be dismissed with prejudice and without costs.

Attorney for Plaintiffs
RICKY L. MOORE and
KATHRYN M. MOORE

_____
Bradford B. Moir, Esq.
Moir & Ross
45 Broad Street, Suite 2
Westfield, MA 01085-5200
(413) 568-1957
BBO No. 350600

Attorney for Defendant
KERRY P. STEARNS

_____
Peter J. Brewer, Esq.
32 Mahaiwe Street
Great Barrington, MA. 01230
(413) 528-6290
BBO No. 545604

Attorney for Defendant
LAURIE C. NIKITUK

_____
Richard J. O'Brien, Esq.
75 North St., Suite 310
Pittsfield, MA. 01201
(413) 499-5656
BBO No. 552285